JS 45 (11/2002)

**REDACTED**

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: EDVA
County/Parish:

Under Seal: Yes ☐ No ☒
Superseding Indictment:
Same Defendant:
Magistrate Judge Case Number: 2:19mj
Search Warrant Case Number:
R 20/R 40 from District of _____.

Judge Assigned:
Criminal Number: 2:19cr
New Defendant: RICHARD LAIRD, JR.
Arraignment Date:

### Defendant Information:

Juvenile: Yes ☐ No ☒   FBI#:
Defendant: RICHARD LAIRD, JR.   Alias Name(s):
Address: Crisfield VA
Birth Date: xx-xx-1990   SS#: xxx-xx-xxxx   Sex: M   Race: W   Nationality:   Place of Birth:
Height:   Weight:
    ' "           Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐ No ☒
List Language and/or dialect:
State ID:

### Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody           ☐ On Pretrial Release         ☒ Not in Custody
☐ Arrest Warrant Requested           ☐ Fugitive                    ☐ Summons Requested
☐ Arrest Warrant Pending             ☐ Detention Sought            ☐ Bond

### Defense Counsel Information:

Name:
Address:
            ☐ Court Appointed
            ☐ Retained
Telephone:  ☐ Public Defender
Email:

### U.S. Attorney Information:

AUSA: Joseph L. Kosky   Telephone No. 757-441-6331   Bar #:

### Complainant Agency, Address & Phone Number or Person & Title:

Special Agent John LaCorte, USFWS, (410) 228-2476

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 16 U.S.C. §§ 3372 and 3373 | Lacey Act Trafficking | 1 | Misdemeanor |
| Set 2 | | | | |
| Set 3 | | | | |